# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EXCEL PHARMACY SERVICES, LLC,** Individually and on behalf of all others similarly situated<br><br>    Plaintiff,<br><br>  v.<br><br>**LIBERTY MUTUAL INSURANCE COMPANY,** *et al.*<br><br>    Defendant. | CIVIL ACTION NO. 18-4804 |

## ORDER

**AND NOW**, this 17th day of July 2019, upon consideration of Plaintiff's Motion to Remand [Doc. No. 19] and the opposition thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED.**

> **BY THE COURT:**
>
> **/s/ Cynthia M. Rufe**
>
> _____
> **CYNTHIA M. RUFE, J.**