# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EXCEL PHARMACY SERVICES, LLC,** Individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>v.<br><br>**LIBERTY MUTUAL INSURANCE COMPANY,** *et al.*<br><br>**Defendants.** | CIVIL ACTION NO. 18-4804 |

## ORDER

**AND NOW**, this 12th day of September 2019, upon consideration Defendants' Motion to Dismiss [Doc. No. 21] and the response and reply thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED** and the Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**