UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-3399
_____

EXCEL PHARMACY SERVICES, LLC.,
                              Appellant

v.

LIBERTY MUTUAL INSURANCE COMPANY; LIBERTY MUTUAL GROUP, INC.;
AMERICAN STATES INSURANCE COMPANY; COLORADO
CASUALTY COMPANY; EMPLOYERS INSURANCE COMPANY OF WAUSAU;
EXCELSIOR INSURANCE COMPANY; LIBERTY INSURANCE CORPORATION;
LIBERTY MUTUAL FIRE INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE
COMPANY CONSOLIDATED INSURANCE COMPANY; LIBERTY NORTHWEST
INSURANCE CORPORATION; LM INSURANCE CORPORATION; PEERLESS
INDEMNITY INSURANCE COMPANY; PEERLESS INSURANCE;
SAFECO INSURANCE COMPANY OF ILLINOIS

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-18-cv-04804)
District Judge: Honorable Cynthia M. Rufe

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
on April 17, 2020

Before: CHAGARES, SCIRICA, and ROTH, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on April 17, 2020. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered September 13, 2019, be, and the same is hereby AFFIRMED. Costs taxed against Appellant. All the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

DATED: August 20, 2020

Costs taxed against Appellant in the amount of $390.96.

**Certified as a true copy and issued in lieu of a formal mandate on** September 11, 2020

**Teste:** *(signature)*
**Clerk, U.S. Court of Appeals for the Third Circuit**